FILED'10 JUN 08 16:49 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ALLEN BAGGETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 10-6004-TC |
| | ) |
| v. | ) |
| | ) ORDER |
| B & B AUTO TIRE & TOWING, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

    Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on April 19, 2010, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a <u>de novo</u> determination of that portion of the magistrate judge's report. <u>See</u> 28 U.S.C. § 636(b)(1); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>,

1   - ORDER

656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Plaintiff has timely filed objections. I have, therefore, given de novo review of Magistrate Judge Coffin's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Coffin's Findings and Recommendation filed April 19, 2010, in its entirety. This action is dismissed for lack of jurisdiction over defendant.

IT IS SO ORDERED.

DATED this 8th day of June, 2010.

Michael R. Hogan
UNITED STATES DISTRICT JUDGE

2  - ORDER